UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                CASE NO. 05 B 03818
   KAREN J MASON
                                      CHAPTER 13

                                      JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-0578
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 02/07/05 and confirmed on 04/14/05.

   2. The case was converted to Chapter 7 after confirmation, 07/10/2007.

   3. The Debtor paid a total of $ 21991.73 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 5900.56 | .00 | 5900.56 |
| K RAMSEY HOMES | SECURED | 1000.00 | .00 | 1000.00 |
| NUVELL CREDIT COMPANY LL | SECURED | 16500.00 | 2256.87 | 9377.81 |
| LOYOLA HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MIKES FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 7050.15 | .00 | 846.02 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 23400.56 | .00 | 7050.15 | .00 | 30450.71 |
| PRINCIPAL PAID | 16278.37 | .00 | 846.02 | .00 | 17124.39 |
| INTEREST PAID | 2256.87 | .00 | .00 | .00 | 2256.87 |
| TOTAL PAID | 18535.24 | .00 | 846.02 | .00 | 19381.26 |

The Debtor's attorney, PATRICK A MESZAROS            , was allowed $ 2000.00 and was paid $   300.00  direct and $  1700.00  through the plan.

The Trustee received $    910.47 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
   Dated: 10/16/07              /S/
                             GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 03818 KAREN J MASON